| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CASBN 163973)<br>Chief, Criminal Division |
| 4 | DAVID R. CALLAWAY (CASBN 121782)<br>Assistant United States Attorney |

FILED

2010 JAN 20  P 2: 14

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5596
Facsimile: (408) 535-5066
E-Mail: david.callaway@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 95-20135 PVT |
| Plaintiff, | ) ) | GOVERNMENT'S REQUEST TO DISMISS INFORMATION AND RECALL ANY |
| v. | ) ) | OUTSTANDING WARRANTS ISSUED THEREON; ORDER [PROPOSED] |
| VIOLET E. KIENTZEL,<br>  a/k/a Mary Lou Reese, | ) ) ) | |
| Defendant. | ) | |

COMES NOW THE UNITED STATES OF AMERICA appearing through the undersigned Assistant United States Attorney and moves this Honorable Court for an order dismissing the above-captioned Information and recalling any outstanding warrants issued based on that Information. The facts supporting this request are as follows:

Defendant was charged by Information on November 28, 1995.  A summons was issued but never served. The case was taken off calendar on December 14, 1995, after which the court's docket reflects no further activity.  In view of the age of the case, and its status as a misdemeanor, the government respectfully asks the Court to dismiss the Information in the interests of justice, and to recall any outstanding warrants issued thereon.

Request to Dismiss Information; Order

Accordingly, the government respectfully requests that the above-captioned Information be dismissed and that any warrants issued thereon be recalled.

DATED: January 18, 2010

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Assistant United States Attorney

## ORDER

Upon application of the United States, and good cause having been shown therefor,

**IT IS HEREBY ORDERED** that the above-captioned Information is DISMISSED, and any warrants outstanding against this defendant are RECALLED.

PATRICIA V. TRUMBULL
United States Magistrate Judge

1/19/2010

Request to Dismiss Information; Order